**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** DEA

**City** Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant x
Magistrate Judge Case Number ____
Search Warrant Case Number See below
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name Francisco Zapata Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ____

Address (City & State) Lowell, MA

Birth date (Yr only): 1967 SSN (last4#): ____ Sex M Race: H Nationality: Colombia

**Defense Counsel if known:** ____ Address ____

**Bar Number** ____

**U.S. Attorney Information:**

**AUSA** Katherine Ferguson Bar Number if applicable ____

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____ .
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: September 7, 2023 Signature of AUSA: Katherine Ferguson

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Francisco Zapata

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances | 2 |
| Set 3 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-2112-MBB, 18-2503-MBB, 18-2504-MBB